UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 05-20893-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ERIC GARDINER,

    Defendants.

JOSEPH HANNA ABI CHEDID,

    Third Party Petitioner
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Petitioner's Motion for Modification of Forfeiture Order and Release of Property Forfeited (D.E. 583) and the Government's Motion to Dismiss for Failure to Comply with 21 U.S.C. §853, (D.E. 603).

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan United States Magistrate Judge on November 4, 2006. A Report and Recommendation (D.E. 653) filed on December 5, 2006, recommended that the Petitioner's Motion for Modification be Dismissed for failure to comply with procedural requirements of 21 U.S.C. §853(n) and that the Government's Motion to Dismiss be **Granted**. The Petitioner and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of February, 2007.

```
                          _____
                          DONALD L. GRAHAM
                          UNITED STATES DISTRICT JUDGE
```

Copied: Magistrate Judge O'Sullivan
        Barbara Papademetriou, AUSA
        George Karavetsos, AUSA
        Joseph Hanna Abi Chedid