### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 05-20893-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ERIC GARDINER,

     Defendant.

_____/

JOSEPH HANNA ABI CHEDID,

     Third Party Petitioner,

_____/

TANIOS HANNA ABI CHEDID, et al.,

     Third Party Petitioners,

_____/

LIZETTE MAKHLOUF and
YOUSSEF MAKHLOUF,

     Third Party Petitioners.

_____/

### ORDER

**THIS CAUSE** came before the Court upon Third Party Petitioners' Motion for Reconsideration [D.E. 715], and Motion for Clarification and Reconsideration of Dismissal Orders [D.E. 776].

The matter was referred to the Honorable United States Magistrate Judge John O'Sullivan for the purpose of issuing a Report and Recommendation pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of

Florida [D.E. 632].

On September 20, 2007, Magistrate Judge O'Sullivan entered a Report and Recommendation, recommending that Third Party Petitioners' Motion for Reconsideration and Motion for Clarification and Reconsideration of Dismissal Orders be granted [D.E. 807]. The Report further recommended that the matter be referred to Magistrate Judge O'Sullivan to issue a Report and Recommendation on the merits of the underlying petitions.

No Party has filed any objections to the Report and Recommendation.

**THE COURT** has conducted an independent review of the file, has reviewed the Report and Recommendation, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge O'Sullivan's Report and Recommendation [D.E. 807], is hereby RATIFIED, AFFIRMED and APPROVED in its entirety. It is further

**ORDERED AND ADJUDGED** that Third Party Petitioners' Motion for Reconsideration [D.E. 715], and Motion for Clarification and Reconsideration of Dismissal Orders [D.E. 776] are **GRANTED**. It is further

**ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge John O'Sullivan** to issue a Report and

-2-

Recommendation regarding the merits of Third Party Petitioners' Petitions for Modification of Forfeiture Order and Release of Property Forfeited [D.E. 579, 583, 591, 657, 659, 688].

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___9th___ day of October, 2007.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge O'Sullivan
     Counsel of Record